IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY P. PURDY, | 8:21CV134 |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| COMMUNITY CORRECTION, et al., | |
| Defendants. | |

On July 2, 2021, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (Filing 13.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 9th day of August 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge