IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY P. PURDY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMMUNITY CORRECTION, et al.,<br><br>　　　　　Defendants. | 8:21CV134<br><br>**MEMORANDUM<br>AND ORDER** |

　　　　Plaintiff has filed a motion for extension of time (Filing 18) and a motion to compel (Filing 19). Both motions will be denied because this case was closed on August 9, 2021, when a judgment of dismissal was entered.

　　　　IT IS ORDERED:

　　　　1. Plaintiff's motion for extension of time (Filing 18) is denied.

　　　　2. Plaintiff's motion to compel (Filing 19) is denied.

　　　　Dated this 15th day of September 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge