IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY P. PURDY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY CORRECTION,<br><br>Defendants. | 8:21CV134<br><br>**MEMORANDUM AND ORDER** |

On February 25, 2022, the court received a motion for case status from Plaintiff, including a request for a telephone hearing. In response, Plaintiff is advised that his second request for an extension of time to file a Second Amended Complaint was granted on January 6, 2022, and his deadline was extended to February 2, 2022. On February 11, 2022, the court entered a final judgment dismissing this case without prejudice for Plaintiff's failure to prosecute it diligently and failure to comply with this court's orders. Copies of the court's orders and judgment were mailed to Plaintiff and were not returned as undeliverable. No telephone hearing will be scheduled. This case stands dismissed.

IT IS THEREFORE ORDERED that Plaintiff's motion for case status (Filing 31) is granted to the extent stated above, but is otherwise denied.

Dated this 28th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge